## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

**DARRYL JOHNSON**                                                                                    **PLAINTIFF**

**v.**                                                                   **CIVIL ACTION NO. 3:09CV-P79-H**

**SIMPSON COUNTY JAIL**                                                                              **DEFENDANT**

### MEMORANDUM OPINION

Upon filing the instant action, Plaintiff Darryl Johnson assumed the responsibility to keep this Court advised of his current address and to litigate his claims actively. *See* LR 5.2(d) ("All pro se litigants must provide written notice of a change of address to the Clerk and to the opposing party or the opposing party's counsel. Failure to notify the Clerk of an address change may result in the dismissal of the litigant's case or other appropriate sanctions.").

On March 18, 2009, the copy of the Clerk of Court's Notice of Deficiency sent to Plaintiff at the Simpson County Jail was returned to the Court by the United States Postal Service marked "Not Deliverable As Addressed, Unable to Forward" (DN 5).

Apparently, Plaintiff is no longer incarcerated at the Simpson County Jail, and he has not advised the Court of any change in his address. Because neither notices from this Court nor filings by Defendant can be served on Plaintiff, the Court concludes that Plaintiff has abandoned any interest in prosecuting this case.

The Court will, therefore, dismiss the action by separate Order.

Date:

cc:     Plaintiff, *pro se*
4412.005