## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

**DARRYL JOHNSON**                                                                **PLAINTIFF**

**v.**                                      **CIVIL ACTION NO. 3:09CV-P79-H**

**SIMPSON COUNTY JAIL**                                      **DEFENDANT**

### ORDER

For the reasons set forth in the Memorandum Opinion entered this date, and the Court being otherwise sufficiently advised, **IT IS ORDERED** that the instant action is **DISMISSED** as abandoned.

There being no just reason for delay in its entry, this is a **final Order**.

This Court further **certifies** that an appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date:

cc:     Plaintiff, *pro se*
4412.005